Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

_____Lexington_____ Division

| | |
|---|---|
| Devon L. Bickham | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Macy's Inc. | ) **Eastern District of Kentucky** |
| | ) **FILED** |
| | ) |
| | ) **DEC 2 0 2024** |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) **AT LEXINGTON** |
| *names of all the defendants cannot fit in the space above, please* | ) **Robert R. Carr** |
| *write "see attached" in the space and attach an additional page* | ) **CLERK U.S. DISTRICT COURT** |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Devon L. Bickham |
| Street Address | PO Box 703 |
| City and County | Elizabethtown, Hardin |
| State and Zip Code | Kentucky 42701 |
| Telephone Number | |
| E-mail Address | mnbplbgpgjgrdlb@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Macy's Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | 151 W 34th St |
| City and County | New York City, Manhattan |
| State and Zip Code | New York 10001 |
| Telephone Number | |
| E-mail Address *(if known)* | communications@macys.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. § 2000e-2
42 U.S.C. § 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
Total exceeds $75,000.00 resulting from loss wages, property theft, punitive damages, defamation, and economic hardship caused directly by the actions of the defendant(s).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
*See attached page 6.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of income & health benefits related to wrongful job termination in the amount of One Hundred Thousand Dollars ($100,000.00).
Economic damages, due to inability to pay required daily living expenses to avoid poverty & homelessness, amounting to Fifty Thousand Dollars ($50,000.00).
Defamation by Macy's Inc, for falsely accusing the plaintiff of job abandonment, in the amount of Two Hundred Thousand Dollars ($200,000.00).

And, punitive damages allowable based upon the egregious criminal act of property theft, civil rights violations, and fraud for the amount of Three Hundred and Fifty thousand dollars ($350,000.00).

Therefore, the plaintiff is seeking a total of $700,000.00 in compensation; this total subject to amendment if legal costs (attorney fees & court fees) become applicable.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/18/2024

Signature of Plaintiff
Printed Name of Plaintiff        Devon L. Bickham

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# III. Statement of Claim

1. Macy's Inc willfully conspired with law enforcement agency A to steal the plaintiff's personal property, including cellphones, which contained legal evidence of criminal wrongdoing by law enforcement agencies A & B as well as judicial misconduct by County 's judiciary and legal malpractice from a hired attorney who intentionally failed to disclose conflict of interest with the presiding judge from County A. The property theft was a section 1983 violation of the Civil Rights Act of 1964. Items stolen by law enforcement &/or their Confidential Human Sources are not admissible in criminal cases therefore Macy's had no reasonable assumption the theft was lawful activity. If law enforcement agency A suspected the plaintiff was in possession of material related to a criminal activity, they would secure a warrant instead to confiscate said material. No warrant existed nor was one requested by law enforcement agency A, they were not conducting a lawful operation, they were instead trying to procure evidence the plaintiff had against them as well as other co-conspirators for several years of ongoing rights violations the plaintiff was documenting and using to secure legal representation for a civil suit.

2. Macy's Inc made efforts to terminate the plaintiff's employment to protect their personal interests after the property theft occurred, and after the plaintiff sustained a workplace injury to the head on the same day.

3. Macy's Inc supervisors and managers knowingly gave the plaintiff false and misleading instructions on filing a workplace reasonable accommodation request following the plaintiff reporting pain after being reassigned to work functions that required moving, lifting, and maneuvering materials greater than 400lbs using a pallet jack, in order to facilitate their retaliatory termination plans.

4. Macy's Inc human resources personnel committed numerous and systemic violations of Macy's Code of Conduct. They failed their own integrity question—'what would you do if you saw someone committing a workplace violation'—the only question they asked during the job interview not related to scheduling, compensation, and availability.

5. Macy's Inc received direct assistance from law enforcement agency A when they reached out to EEOC employees in Nashville, TN, to have them close the plaintiff's initial complaints filed against Macy's Inc less than 180 days from termination & prior to the plaintiff having completed an entrance interview for which is required before an investigation can commence. EEOC employees served as willing conspirators to protect the interests of Macy's Inc and both law enforcement agencies A & B.

Macy's Employee Code of Conduct:

https://hr.macys.net/csw/u/draft/pdfs/1221.pdf